IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JANE DOE, | * |  |
| *Plaintiff*, | * |  |
| v. | * | No. 8:25-cv-717 PX |
|  | * |  |
| OFFICE OF THE PUBLIC DEFENDER, ET AL., | * |  |
| *Defendants*. |  |  |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

The parties, by their undersigned counsel, file this Joint Status Report, pursuant to ECF 12.

1. Magistrate Judge Gina L. Simms scheduled a settlement conference for June 12, 2025.

2. On June 2, 2025, after communicating with the parties, Judge Simms cancelled the conference.

3. The parties agreed to stay the proceedings to pursue early mediation. ECF 11. Defendants now intend to file motions to dismiss.

4. The parties request that the Court establish a schedule for the filing of preliminary motions as follows: July 8, 2025—motions to dismiss due; August 20, 2025—opposition to motions to dismiss due; September 12, 2025—replies due.

WHEREFORE, the parties file this joint status report respectfully requesting that this Honorable Court establish the schedule for the filing of preliminary motions as indicated above.

                                                                          Respectfully submitted,

/s/ Kathleen Cahill
_____
KATHLEEN CAHILL
Federal Bar No. 02006
The Law Offices of Kathleen Cahill
1 Olympic Place
Suite 900
Towson, Maryland 21204
kathleen@kathleencahill-law.com
(410) 321-6171
*Attorney for Plaintiff Jane Doe*

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

_____

WENDY L. SHIFF
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
wshiff@oag.state.md.us
(410) 576-6996
(410) 576-6955 (facsimile)
*Attorneys for Office of the Public Defender*


MILLER, MILLER & CANBY

/s/ Donna E. McBride

_____

DONNA E. MCBRIDE
Federal Bar No. 14148
200-B Monroe Street
Rockville, Maryland 20850
dmcbride@mmcanby.com
(301) 762-5212
(301) 762-6044 (facsimile)

*Attorneys for Defendant Natasha Dartigue*

June 3, 2025