IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, | : |
| Plaintiff, | : |
| v. | : Case No. 8:25-cv-00717-PX |
| OFFICE OF THE PUBLIC DEFENDER, et al., | : |
| Defendants. | : |

**ORDER**

Upon consideration of Defendant Natasha Dartigue's Motion to Dismiss, and the opposition thereto, it is this ___ day of _____, 2025,

ORDERED, that the Motion to Dismiss is GRANTED; and it is further,

ORDERED, that Count II and III are is DISMISSED as MOOT; and it is further

ORDERED, that Counts I, IV and V are dismissed with PREJUDICE.

_____
The Honorable Paula Xinis
U.S. District Court for the District of Maryland