**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JANE DOE, | * |
| *Plaintiffs*, | * |
| v. | *   No. 8:25-cv-717 PX |
| | * |
| OFFICE OF THE PUBLIC DEFENDER, ET AL., | * |
| *Defendants*. | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS**
**OF DEFENDANT OFFICE OF THE PUBLIC DEFENDER**

Defendant, the Office of the Public Defender, by its undersigned counsel, files this motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss the claims asserted against it in the plaintiff's complaint. (ECF 5.) The grounds for this motion are set out in the accompanying memorandum in support.

                                                Respectfully submitted,

                                                ANTHONY G. BROWN
                                                Attorney General of Maryland

                                                /s/ Wendy L. Shiff
                                                _____
                                                WENDY L. SHIFF
                                                Federal Bar No. 09076
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                200 Saint Paul Place, 20th Floor
                                                Baltimore, Maryland  21202
                                                wshiff@oag.state.md.us
                                                (410) 576-6996
                                                (410) 576-6955 (facsimile)

July 8, 2025                                   Attorneys for Defendant
                                                Office of the Public Defender