# EXHIBIT A



**MARYLAND OFFICE OF THE PUBLIC DEFENDER**

**NATASHA M. DARTIGUE**
PUBLIC DEFENDER

**KEITH LOTRIDGE**
DEPUTY PUBLIC DEFENDER

20 March 2025

**VIA EMAIL kathleen@kathleencahill-law.com**
Kathleen Cahill, Esq.
The Law Offices of Kathleen Cahill, LLC
1 Olympic Place, Suite 900
Towson, Maryland 21204

RE: ▮▮▮▮▮▮▮

Dear Ms. Cahill,

In accordance with the Consent Order, ECF 14, this letter is provided to update you about the steps taken by the Office of the Public Defender ("OPD") regarding Ms. ▮▮▮▮ reputation.

1. Ms. ▮▮▮▮ was not banned at any building at which the OPD has space. OPD contacted Michael Rose, Manager at the Department of General Services ("DGS"), about that request. He contacted the Maryland Capitol Police who provide security in the downtown Baltimore space that OPD uses. Mr. Rose and Captain David Lewis of the Maryland Capitol Police have confirmed to me that no ban ever was issued. Additionally, I have confirmed with them that her photograph was neither posted in any building nor maintained at any security desk. Neither OPD nor DGS provided Ms. ▮▮▮▮'s photograph to any other agencies.

2. After the decision to terminate Ms. ▮▮▮▮ no action was taken by any employee working for the OPD to ban Ms. ▮▮▮▮ from any courthouse. The Sheriff's Office for Baltimore City determines whether an individual is denied access to the circuit and district courthouses in the city. No employee of OPD communicated with the Sheriff's Office for Baltimore City about banning Ms. ▮▮▮▮ from the courthouses. Also, there was no effort to ban her from any other courthouse in the state.

3. Prior to the issuance of the Hearing Officer's decision, Mr. Rose was the only person who contacted the Maryland Capitol Police about Ms. ▮▮▮▮ We have confirmed with Captain Lewis that no BOLO was issued. OPD did not

request that anyone issue a BOLO about Ms. ▬▬. No employee of OPD contacted any law enforcement agency about Ms. ▬▬.

4. OPD has issued a retraction and corrective statement to all parties to whom it communicated about Ms. ▬▬ including at the University of Baltimore Law School, employees at the OPD, Mr. Rose at DGS, and Captain Lewis of the Maryland Capitol Police. A copy of the retraction and correction statements issued are attached.

5. OPD has reviewed its files regarding any documentation that relates to the bullets found in March 2024 in the desk assigned to Ms. ▬▬. All documents relating to that issue have been removed from any paper file and from the accessible digital system. Counsel for OPD has retained copies of any removed documents and has secured access to the documents removed from the accessible digital system. The digital purging process must be handled by the Maryland Department of Information Technology (DoIT). OPD has coordinated with DoIT and has been assured that all the removed documents will be purged from the digital system no later than April 2, 2025.

6. OPD has reviewed its files regarding any documentation that relates to any allegations that Ms. ▬▬ stalked Assistant Public Defender Matthew Connell, that she posed a threat to him or any other OPD attorney, and that she engaged in any criminal conduct. All documents relating to that issue have been removed from any paper file and from the accessible digital system. Counsel for OPD has retained copies of any removed documents and has secured access to the documents removed from the accessible digital system. The digital purging process must be handled by DoIT. OPD has coordinated with DoIT and has been assured that all the removed documents will be purged from the digital system no later than April 2, 2025.

7. OPD will continue to provide contemporaneous reporting of these measures. OPD will notify Counsel for Ms. ▬▬ when it responds to requests from the Maryland State Board of Law Examiners. In response to any inquiry from the Maryland State Board of Law Examiners, OPD will indicate the dates of Ms. ▬▬'s employment, that she performed her job well, that she was eligible for permanent hire, and that she was terminated without cause. OPD will not communicate that she engaged in any misconduct or wrongdoing. OPD will not communicate any information to the Maryland State Board of Law Examiners about any allegations of possession of bullets, stalking, criminal behavior or potential threats of violence or danger. Should OPD receive any

similar requests from the law examiners of other states, it will respond similarly. Attached is a letter that Ms. ▓▓▓▓ may submit with her bar application or at any other time.

8. Should OPD be contacted by a prospective employer, OPD will provide Ms. ▓▓▓▓'s dates of employment. If asked, OPD will advise that she was terminated without cause. OPD will not communicate any information to prospective employers any allegations of possession of bullets, stalking, criminal behavior or potential threats of violence or danger. OPD will not communicate that she engaged in any misconduct or wrongdoing. If requested, OPD will notify Ms. ▓▓▓▓'s counsel of every instance it is contacted by a prospective employer. Attached is a letter that Ms. ▓▓▓▓ may provide to prospective employers.

9. If OPD is contacted by a third party about Ms. ▓▓▓▓ (e.g., for employment, security clearance) then OPD will provide Ms. ▓▓▓▓'s dates of employment. If asked, OPD will advise that she was terminated without cause. OPD will not communicate any information to prospective employers any allegations of possession of bullets, stalking, criminal behavior or potential threats of violence or danger. OPD will not communicate that she engaged in any misconduct or wrongdoing. Responses to request for information will be directed to the General Counsel.

Sincerely yours,

OFFICE OF THE PUBLIC DEFENDER

Matthew B. Fraling, III
General Counsel

3



**NATASHA M. DARTIGUE**
PUBLIC DEFENDER

**KEITH LOTRIDGE**
DEPUTY PUBLIC DEFENDER

20 March 2025

State Board of Law Examiners
Judiciary A-POD
580 Taylor Avenue
Annapolis, Maryland 21401

    RE: ▓▓▓▓▓▓▓▓
           Office of the Public Defender; Employment

Dear Members of the State Board of Law Examiners:

    ▓▓▓▓▓▓▓▓ worked for the Office of the Public Defender from May 2023 through March 2024. She began as an intern through the summer of 2023. Her position was converted to an externship for credit in Fall 2023. In late October 2023, she became a paid law clerk. Her employment ended in March 2024.

    Ms. ▓▓▓▓▓ performed her job well, she was on track for permanent hire, and she was fired without any basis.

                              Sincerely,

                              OFFICE OF THE PUBLIC DEFENDER

                              Natasha M. Dartigue
                              Public Defender



**MARYLAND OFFICE OF THE PUBLIC DEFENDER**

**NATASHA M. DARTIGUE**
PUBLIC DEFENDER

**KEITH LOTRIDGE**
DEPUTY PUBLIC DEFENDER

20 March 2025

RE: ███████r
Office of the Public Defender—Employment 2023-2024

Dear Prospective Employer of ███████r:

███████ worked for the Office of the Public Defender from May 2023 through March 2024. She began as an intern through the summer of 2023. Her position was converted to an externship for credit in Fall 2023. In late October 2023, she became a paid law clerk. Her employment ended at the end of March 2024.

Ms. ███████ performed her job well, she was on track for permanent hire, and she was fired without any basis.

Sincerely,

OFFICE OF THE PUBLIC DEFENDER

*Natasha Dartigue*
Natasha M. Dartigue
Public Defender