IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, | * |
|     *Plaintiffs*, | * |
| v. | *  No. 8:25-cv-717 PX |
| | * |
| OFFICE OF THE PUBLIC DEFENDER, ET AL., | * |
|     *Defendants*. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER**

Upon consideration of Defendant Office of the Public Defender's Motion to Dismiss, the opposition thereto, and any reply in response,

IT IS HEREBY ORDERED this _____ day of _____, 2025,

All claims against the Office of the Public Defender are dismissed with prejudice.

_____
Paula Xinis, Judge