IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE DOE, | * | |
| *Plaintiff*, | * | |
| v. | * | No. 8:25-cv-717 PX |
| | * | |
| OFFICE OF THE PUBLIC DEFENDER, ET AL., | * | |
| *Defendants*. | * | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY
TO DEFENDANT OFFICE OF THE PUBLIC DEFENDER'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Plaintiff Jane Doe, by her undersigned counsel, hereby moves for leave to file her Sur-Reply to Defendant Office of the Public Defender's Reply Memorandum in Support of Motion to Dismiss ("Reply Memorandum"). Defendant Office of the Public Defender ("OPD") has raised new argument in its Reply Memorandum and has inserted inaccurate and unsupported statements of fact regarding Ms. Doe's application for admission to the Maryland State Bar, the process for admission to the Maryland State Bar, and even OPD's own conduct with respect thereto. Reply Memorandum, pp. 2-4.

Plaintiff will be prejudiced if those inaccurate statements go uncorrected. The proposed Sur-Reply is narrowly tailored to address the inaccurate statements of fact and misrepresentations about the Maryland bar admission process. It is filed promptly ensuring it will cause no delay in the Court's consideration.

Accordingly, Plaintiff urges the Court to grant Plaintiff Leave to file her Sur-Reply to Defendant Office of the Public Defender's Reply Memorandum and to grant such additional relief as it deems just. In the alternative, Plaintiff urges the Court to disregard or strike OPD's new

allegations of fact and argument regarding the Maryland State Bar admission process and Plaintiff's application for admission, and grant such additional relief as it deems appropriate.

                                                               /S/_____
                                          Kathleen Cahill
                                          Federal Bar No. 02006
                                          The Law Offices of Kathleen Cahill
                                          1 Olympic Place
                                          Suite 900
                                          Towson, Maryland 21204
                                          kathleen@kathleencahill-law.com
                                          (410) 321-6171

                                          *Attorney for Plaintiff Jane Doe*