# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

JANE DOE,

        *Plaintiff,*

      v.

OFFICE OF THE PUBLIC DEFENDER, ET AL.,

        *Defendants.*

\*
\*
\*   No.  8:25-cv-717 PX
\*
\*

---

## SUR-REPLY
## TO DEFENDANT OFFICE OF THE PUBLIC DEFENDER'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Plaintiff Jane Doe, by her undersigned counsel, hereby files her Sur-Reply to Defendant Office of the Public Defender's Reply Memorandum in Support of Motion to Dismiss ("Reply Memorandum"). Defendant Office of the Public Defender ("OPD") has raised new argument in its Reply Memorandum and has inserted inaccurate statements of fact regarding Ms. Doe's Application for Admission to the Bar of Maryland, the process for admission to the Maryland State Bar, and even OPD's own conduct with respect thereto. Reply Memorandum, pp. 2-4.

Defendant OPD claims "[t]o date, there have been no inquiries made to OPD regarding Ms. Doe (including prospective employers and any State bar character committee). There has been nothing to report since March 2025." Reply Memorandum, pp. 2-3. But in fact, as Ms. Doe has been notified through the State Board of Law Examiners portal, OPD has been contacted twice to complete the Certification as to Employment and apparently still has not done so. See Ex. 1, Ms. Doe's 9/15/25 screenshot of the State Board of Law Examiners portal showing the "2nd Request" to OPD.

Defendant OPD also misstates the facts regarding the bar admission process: "Here the assertion that the admission to the Maryland Bar is 'jeopardized' due to the actions of the OPD is mere speculation. It is speculative because (1) the plaintiff must pass the written portion of the bar exam before any character issues are considered; and (2) OPD would need to alert the Character Committee or the State Board of Law Examiners about its basis for termination plaintiff's employment; and (3) the decision-makers would need to believe OPD; and (4) the decision-maker would need to conclude that those alleged actions of a second-year law student were sufficiently egregious to deny her admission to the bar." Reply Memorandum, pp. 4-5. OPD pulls that rendition out of thin air, it supports it with nothing, and it is wrong.

Contrary to OPD's assertion that "the plaintiff must pass the written portion of the bar exam before any character issues are considered," the process is already underway. Plaintiff submitted her Application for Admission to the Bar of Maryland on April 30, 2025. As required, that included the completed Character Questionnaire, a sample of which is attached hereto as Ex. 2. In her Character Questionnaire, Plaintiff had to disclose to the Board of Law Examiners under penalties of perjury what occurred in her employment at OPD. As such, this statement by OPD is not accurate either: "OPD would need to alert the Character Committee of the State Board of Law Examiners about its basis for termination plaintiff's employment." Reply Memorandum, p. 4. Plaintiff had to list her OPD employment and disclose the reason for her termination, and she has done so. That is why the State Board of Law Examiners has been contacted OPD *twice* to obtain its Certification as to Employment. See Ex. 3, a sample of the Maryland State Board of Bar Examiners Certification as to Employment.

For OPD to mischaracterize the bar application process in an effort to defeat Plaintiff's claims is astounding. That is even more concerning given that the bar application process was

2

briefed at length in connection with the Name Clearing Hearing proceedings and the Character

Questionnaire was submitted as an attachment.[1]  Specifically, Plaintiff wrote in her Post-Hearing

Memorandum to Judge Woodward about the bar admission process:

> Of particular relevance and concern, OPD did not assert that it would not, when asked by the Maryland State Bar Examiners or any future employer, such as another state's Public Defender system, communicate the false assertions to which it steadfastly adheres. It seems they still have no appreciation of the damage inflicted with regard to Ms. ██████'s quest to become a licensed lawyer, much less a public defender. In its pre-hearing Memorandum, OPD offers only this on that critical matter: "If she is admitted to the Maryland Bar, she can pursue any employment opportunities in the legal profession, including employment with the State of Maryland." Memorandum, p. 6. Note the *"if"* admitted, with no attention to the how; the *"can pursue"* employment with no attention to how to actually obtain employment with this devastating ending at her sole place of employment in law school. There is certainly a lot more to it and considerable jeopardy ahead for ██████ in attaining Bar admission and meaningful employment in her chosen profession and area of law. It was evident from Ms. Dartique's testimony too that she had put no thought to the matter of the impediment her actions present to Bar admission and employment for ██████, nor did she seem to care in the least. T. p. 182.

> Ms. ██████ must submit her Bar admission Character Questionnaire under oath and sign an "authorization to release confidential information pertaining to [her] character and fitness." Md. Rule 19-205(b)(1). The Character Questionnaire requires her to list her employment and internship at the OPD and state the reason for her termination. See the Bar Examiner's sample Character Questionnaire attached hereto, questions 13(a) and (b). It also states she "MUST" identify a supervisor, co-worker, or other person to verify that employment. The Bar Examiners will send the Certification as to Employment, attached to the sample Character Questionnaire, inquiring as to whether ██████ was "terminated/fired," and if so, the reason, including three separate specific inquiries about adverse conduct or behavior regarding performance on the job or conduct or behavior "raising significant concerns" about character or fitness to practice law, and concluding with "would you rehire the applicant if given the opportunity." No doubt, when ██████ explains under oath why her OPD employment ended and that Certificate of Employment is completed by the OPD, there will be extensive probing and serious scrutiny. Further, pursuant to the Authorization and Release, attached to the sample Character Questionnaire, ██████ will have to grant unfettered access to the Bar Examiners to inspect all records from employers, "every police department," and "every other person, firm, officer, corporation, association, organization, or institution, public or private," for records, documents, and information pertaining to "good moral character and fitness to perform the responsibilities of an attorney," and "to give full and complete testimony." This demonstrates why the carefully crafted specific relief is essential. Only with that in hand can ██████, with the assistance of counsel, have a chance to explain what really happened here in an effort to neutralize the impact without OPD undercutting her assertions of the truth and her prospects for admission.

---

[1] OPD also was aware that Ms. Doe had hired additional counsel, Andrew J. Graham, to assist in her jeopardized bar admission process and attend the Name Clearing Hearing.

Then Judge Woodward made specific findings with respect to the perilous bar admission process Ms. Doe faced and directed specific relief related thereto. Complaint, Ex. 1, pp. 12-13, 14, and 15.

So contrary to its vigorous argument and repeated assertions to the Court, by ignoring the Board of Law Examiners' requests for information about Ms. Doe's employment, OPD has not only failed to comply with this Court's Consent Order Granting Preliminary Injunctive Relief, it is even compounding the jeopardy to Ms. Doe's admission to the bar. The Character Committee will not schedule Ms. Doe's personal interview until her application is complete and "the Character Committee cannot recommend [an applicant's] admission to the Bar of Maryland before completing the required interview." See Ex. 4, a sample of the Board of Law Examiners' Character Committee Reminder Notice form.

The fact that Plaintiff's future in terms of admission to the Maryland Bar is still unfolding with the scrutiny of her application for admission in process does not render "speculative" the allegation of a threat to her admission. The Board of Law Examiners is now on notice that Plaintiff has been labeled a criminal by her only law school employer, the Public Defender's Office no less. What the Board of Law Examiners will determine as a result of what OPD did to Ms. Doe is yet to be seen. But the profound damage to her reputation, employment and career is real, current, and ongoing.

Accepting as true the well-pled facts and drawing reasonable inferences in Plaintiff's favor, Plaintiff has sufficiently pled a constitutional violation of her liberty interest in her reputation. For the reasons set forth herein and in Plaintiff's Opposition to Motion to Dismiss, Plaintiff urges the

Court to deny Defendant Office of the Public Defender's Motion to Dismiss and to grant such additional relief as it deems just.

_____/S/_____

Kathleen Cahill
Federal Bar No. 02006
The Law Offices of Kathleen Cahill
1 Olympic Place
Suite 900
Towson, Maryland 21204
kathleen@kathleencahill-law.com
(410) 321-6171

*Attorney for Plaintiff Jane Doe*

# EXHIBIT 1

**6:43**

**Today**
6:41 PM



**Marsha Hardy**                                    Sep 5
To cynthial.knight@maryland.g...    📧 ❗ ···



 EMP – MD...        ⋮     Authorizati...    ⋮
PDF – 22 KB                          PDF – 103 KB

📎 2 attachments (125 KB)    ⬇ **Save attachments**

**EXTERNAL EMAIL: This message originated from a non-UBalt email system. Hover over any links before clicking and use caution when opening attachments.**

2nd Request



*Marcci Hardy*
*Test Accommodations/Investigation Specialist*
State Board of Law Examiners
Judiciary A-Pod
580 Taylor Avenue 1st Floor
Annapolis, MD 21401
Office: (410) 260-3645
Fax: (410) 260-3647
Marsha.hardy@mdcourts.gov

# EXHIBIT 2

# Maryland State Board of Law Examiners

Judiciary A-POD, 580 Taylor Avenue, Annapolis, MD 21401
Phone 410-260-3640
www.mdcourts.gov/ble

APPLICATION FOR ADMISSION TO THE BAR OF MARYLAND BY UNIFORM BAR

## CHARACTER QUESTIONNAIRE

Is this an original or updated Bar Application?     ☐ Original  ☐ Update

## Question 1 - Personal Identifying Information

1(a).  Applicant's full legal name:

1(b).  Applicant's gender:     ☐ Female     ☐ Male

1(c).  Applicant's Social Security number (last 4):

*Pursuant to Md. Code Ann., Family Law, §10-119.3(d), the State Board of Law Examiners ("SBLE") will disclose your name, SSN and address to the Child Support Enforcement Administration upon its request, to assist it in enforcing compliance with child support orders. SBLE will provide your name, SSN and address to the Client Protection Fund of the Bar of Maryland when you are recommended to the Supreme Court of Maryland for admission to the Maryland Bar. Pursuant to Md. Code Ann. Bus. Occ. & Prof., §10-313, the Client Protection Fund will disclose this information to the State Department of Assessments and Taxation to assist it in identifying new businesses within the State and to the Comptroller to assist it in determining whether lawyers have paid undisputed taxes and unemployment insurance contributions payable to the Comptroller or to the Secretary of Labor, Licensing and Regulation. The Supreme Court of Maryland, SBLE, and the Court's Character Committees will use the SSN for positive identification of Bar applicants in the course of the character & fitness process. For security purposes, applicant's SSN may be viewed on the eBar "My Status" page.)*

1(d).  Have you ever used or been known by any other name?     ☐ Yes  ☐ No
*(If so, state in full each name used or by which you, at any time, have been known, and the reasons for each such name. If your name has ever been legally changed, list each former name and when and how the change was made. If the name currently used was adopted incident to any marriage, divorce or other legal proceeding, attach a certified copy of the marriage certificate, divorce decree, or other Order effecting the name change.)*

1(e).  Applicant's mailing address for Bar admissions correspondence:

  Street:

  City:                              State:                  Zip Code:

  County:                        Country:

*(Bar examination seating assignments and official notification of Bar examination results are sent by U.S. Mail, first-class postage prepaid. You must provide in this space a reliable address for receipt of written Bar admissions correspondence. You MUST keep your mailing address up to date on a continuous basis in order to ensure that you receive your Bar examination seating assignment and your official Bar examination results. In addition, the Circuit assignment for your required in-person character interview will be made based upon your mailing address at the time you file.)*

1(f).  Applicant's daytime telephone number:

*(You must provide a telephone number where you can be contacted throughout the Bar admissions process by SBLE, the Character Committee, and the Clerk's Office of the Supreme Court of Maryland during the Maryland Judiciary's normal business hours (M-F 8:30am to 4:30pm). You MUST keep your daytime telephone number up to date on a continuous basis in order to ensure that the Court, SBLE, and the Character Committee can contact you if necessary. SBLE recommends that applicants provide their mobile telephone number for purposes of Bar admissions*

## 1(g).  Applicant's email address:

*(You must provide an email address where you can be contacted throughout the Bar admissions process by SBLE, the Character Committee, and the Clerk's Office of the Supreme Court of Maryland. You MUST keep your email address up to date on a continuous basis in order to ensure that the Court, SBLE, and the Character Committee may contact you, if necessary. SBLE recommends that you provide a personal email address rather than a school or work email address, as those addresses are often subject to change or cancellation on short notice. In particular, you will receive information on the mandatory Rule 19-210 Orientation Program via email ONLY.)*

## 1(h).  Do you have a valid driver's license issued by a U.S. jurisdiction?          ☐ Yes  ☐ No

### Applicant's driver's license number:                                    State:

*(Attach a complete, certified driving history from the motor vehicle authority in each jurisdiction where you h ve held a driver's license in the past three (3) years. The certified driving record is required even if you have no moving violations in your entire driving history.*

Have your driving privileges in any U.S. jurisdiction ever been suspended or revoked?      ☐ Yes  ☐ No

*(If your driving privileges have ever been suspended or revoked for any reason in any jurisdiction (including prior to the three (3) year window described above), a certified copy of your complete driving history from the motor vehicle authority in each jurisdiction where your driving privileges were ever suspended or revoked.)*

## 1(i).  Applicant's NCBE Number:

*(You must obtain an NCBE identification number to be entered into your Bar Application. SBLE will use your NCBE number as a unique identifier for you with regard to scoring of your Multistate Bar Exam results. If you have taken the Multistate Professional Responsibility Exam (MPRE), you already have an NCBE number. To register for or to retrieve your NCBE number, visit www.ncbex.org.)*

## **Question 2 - Date and Place of Birth/Citizenship**

2(a).  Applicant's Date of Birth:

2(b).  Applicant's Place of Birth:

2(c).  Are you a citizen of the United States?                              ☐ Yes  ☐ No

If you are not a U.S. Citizen, what is your immigration status?

*(If you are not a U.S Citizen, attach a copy of the document(s) authorizing your presence in the United States. Undocumented immigration status, by itself, does not preclude admission to the Bar, provided that the applicant otherwise establishes good moral character and fitness for admission. See Maryland Rule 19-204.)*

## **Question 3 - Residential History**

3. The following constitutes every residence, address, and place where I have lived for a period of one month or greater within the past five (5) years, listed in reverse chronological order:

*You must list a "To" date for each residence. Use "present" for your current residence. You must disclose any period of homelessness lasting one month or greater.*

(1)    Address:
       From (MM/YYYY):                      To:
       Reason for leaving:


(2)    Address:
       From (MM/YYYY):                      To:
       Reason for leaving:


(3)    Address:
       From (MM/YYYY):                      To:
       Reason for leaving:


(4)    Address:
       From (MM/YYYY):                      To:
       Reason for leaving:


(5)    Address:
       From (MM/YYYY):                      To:
       Reason for leaving:

**Question 4 - Educational History**

4(a).   Undergraduate College or University

*For each college/university listed from which you received an undergraduate degree prior to attending law school, you must cause your school to send directly to SBLE an official transcript reflecting the award of that degree. SBLE must receive your official undergraduate transcript(s) BEFORE or CONTEMPORANEOUSLY WITH your Character Questionnaire, which will not be accepted for filing without documentation of your pre-legal (college) education. If you attended law school without first obtaining a Bachelor's degree or equivalent, you must cause your law school dean, registrar, or admissions official to send directly to SBLE a letter or other documentation certifying that your law school admission satisfied the conditions set forth in Standard 502 of the then-current ABA Standards and Rules of Procedure for Approval of Law Schools.*

    (1)   School Name:

        School Address:

        Contact Person or Department:

        Contact Email Address:

        *(For each institution listed, you MUST ascertain and provide the name of a person or department where SBLE can contact the school to obtain the required reference letter regarding student discipline and other character & fitness information, along with a contact email address for that person or department. Failure to do so may cause delays in the return of certifications and may delay completion of your investigation.)*

        Applicant's name used at school:

        Dates attended - From (MM/YYYY):        To (MM/YYYY) :

        Received Degree:  ☐ Yes ☐ No    If so, what degree?
                    ☐ Expected

        Date of degree or expected degree: (MM/YYYY):

4(b).   Graduate School (other than law school):

        N/A

4(c).   Law School:

    (1)   School Name:

        School Address:

Contact Person or Department:

Contact Email Address:

*(For each institution listed, you MUST ascertain and provide the name of a person or department where SBLE can contact the school to obtain the required reference letter regarding student discipline and other character & fitness information, along with a contact email address for that person or department. Failure to do so may cause delays in the return of certifications and may delay completion of your investigation.)*

Applicant's name used at school:

Dates attended - From (MM/YYYY):                  To (MM/YYYY) :

Received Degree: ☐ Yes ☐ No    If so, what degree?
                ☐ Expected

Date of degree or expected degree: (MM/YYYY):

***By signing your Character Questionnaire, you are certifying that you have received your juris doctorate (JD) degree from an American Bar Association (ABA) approved law school (ABA-JD) or that you will receive your ABA-JD or become unqualifiedly eligible to receive your ABA-JD no later than one day preceding the first day of the UBE you took or intend to take. For applicants taking the UBE in Maryland, if your law school graduation post-dates the date you will file your Bar Application, state "Expected" for "Received Degree?", list your anticipated graduation date and anticipated degree. Maryland Rule 19-206 requires you to provide an official transcript documenting the actual award of your ABA-JD degree no later than September 1 following a July Bar Exam or March 15 following a February Bar Exam. For UBE Transfer applicants, Maryland Rule 19-207 requires you to submit a law school transcript showing the date of your JD prior to filing the Notice of Intent to Transfer a Qualifying UBE Score.***

***Applicants without a conferred or expected JD degree from an ABA-approved law school must follow the instructions on SBLE's website for obtaining a waiver of the standard educational requirement, if eligible. (Md. Rule 19-201(b); www.mdcourts.gov/ble/waiveronaba)***

4(d). Have you ever been expelled, suspended, reprimanded, or otherwise formally disciplined by any school, college or university?                              ☐ Yes ☐ No

*If "Yes," identify in the space provided the school, college or university; state the cause, circumstances, date and outcome of each such occurrence. If your explanation exceeds 200 characters, attach a signed separate statement containing the requested information.*

4(e). Have you ever been investigated or charged for any reason by any school, college, or university with regard to any conduct, which investigation or charge was resolved without formal discipline, including by voluntary permanent resignation or temporary leave of absence from the institution, participation in a diversionary program, or other informal disposition?  ☐ Yes  ☐ No

*If "Yes," identify in the space provided the school, college or university; state the cause, circumstances, date and outcome of each such occurrence. If your explanation exceeds 200 characters, attach a signed separate statement containing the requested information.*

## Question 5 - Previous Bar Applications and Admissions

5(a).  Have you previously applied for admission to the Bar of Maryland?  ☐ Yes  ☐ No

*If your answer is "Yes," and your prior application for admission to the Maryland Bar was denied or withdrawn, or if your application terminated pursuant to Md. Rule 19-214(b) [Maryland Rule 19-211], state in the field provided the circumstances under which your prior application terminated.  If your explanation exceeds 200 characters, attach a separate signed statement containing the requested information.*

*If you are updating your Character Questionnaire after having been unsuccessful on one or more bar examinations in Maryland, but have not been denied admission or withdrawn your bar application, answer, "No."*

Maryland.

5(b)(i). Are you now or have you ever been admitted to the Bar of another U.S. state or jurisdiction?

☐ Yes  ☐ No

*If "Yes," enter details below for each jurisdiction where you are now or were previously admitted.*

*If you are admitted in good standing to practice law in another U.S. jurisdiction, attach to your Bar application a current, original Certificate of Good Standing issued by the highest court in each such jurisdiction.*

*If you were previously admitted in another jurisdiction, but are not currently in good standing for any reason NOT related to attorney discipline, attach a separate signed statement stating the date and circumstances under which you ceased to be in good standing.*

5(b)(ii). Have you ever previously applied for admission to the Bar of any other U.S. state or jurisdiction, or registered for the bar examination of another U.S. state or jurisdiction, or registered for any character investigation process as a prerequisite to applying for admission to the bar of another U.S. state or jurisdiction where that application or registration did not result in your admission to the Bar of that U.S. state or jurisdiction?

☐ Yes  ☐ No

*If "Yes," attach a signed separate statement identifying each jurisdiction where you applied and describing the circumstances under which you applied or registered, but did not become admitted to the Bar of that jurisdiction.*

5(c).  Have you ever been investigated and/or disciplined for any alleged violation of any applicable ethical standard by the attorney or judicial disciplinary authority of any jurisdiction?    ☐ Yes    ☐ No

*If "Yes," identify int the space provided each jurisdiction in which you were investigated and/or disciplined, and explaining the circumstances of each such investigation and/or disciplinary action. If your explanation exceeds 200 characters, attach a separate signed statement containing your explanation. Attach to your application a certified copy of any written disciplinary decision or record of any oral disciplinary decision issued by the relevant disciplinary authority.*

## **Question 6 - United States Military Service**

6(a).  Have you ever served in the armed forces of the United States of America?    ☐ Yes    ☐ No

*If "Yes," and currently in active or reserve duty status, identify the branch of service, your current rank, and your current posting. Do so by separate signed attachment to this Application. Attach a photocopy of your current PCS Order.*

*If "Yes," and you have been discharged from service, attach a photocopy of an official copy of your DD214 or other document(s) evidencing your discharge.*

6(b). Have you ever been a defendant in any court martial?    ☐ Yes    ☐ No

*If "Yes," state in the space provided the date of the action; the nature of the charge; the disposition of the charge and the location and designation of the court, tribunal, or military establishment where such proceedings took place. If your statement exceeds 300 characters, attach a signed separate statement containing these facts.*

6(c) If required to do so by law, have you registered with the Selective Service?    ☐ Yes    ☐ No
☐ Not Required

If "Yes," state the date and place of registration:

*If you were required to register with the Selective Service, but did not do so, provide in the space below your explanation for your failure to register. If you answered that you were not required to register with the Selective Service, provide in the space below the basis on which you contend you are not required to register. If your explanation exceeds 200 characters, attach a separate, signed statement containing the requested information.*

## **Question 7 - Credit History**

7(a).  Attach a current credit report.

*(You MUST attach to your Character Questionnaire a complete current credit report issued by www.annualcreditreport.com, or by any of the three major credit reporting agencies - Equifax, Experian, Transunion. SBLE may reject credit reports from other sources at its sole discretion. "Current" means the required credit report was issued within three (3) months prior to the date of submission of your Character Questionnaire. Credit reports have numbered pages; the applicant must submit all pages of the credit report to SBLE.)*

7(b). I presently owe money to the following creditors not appearing on the credit report attached in response to Question 7(a)                                                                                   None: ☐

    (1)    Creditor Name :

              Account Number :

              Original Amount of Debt:

              Date Incurred:

              Current Balance:

7(c). I presently owe money, SOME PART OF WHICH HAS BEEN DELINQUENT FOR MORE THAN 90 DAYS, to the following:                                                                                   None: ☐

*("Delinquent" means that you failed to make a required payment when due.)*

7(d)(i). Have you paid all undisputed taxes that you are obligated to pay to the U.S. Internal Revenue Service and to the tax collection authorities of all U.S. jurisdictions?                     Yes ☐   No ☐

7(d)(ii). Are you currently involved in any ongoing dispute(s) over any obligation to pay taxes to the U.S. Internal Revenue Service and/or to the tax collection authorities of all U.S. jurisdictions?  Yes ☐  No ☐

*If "Yes," attach a separate signed statement identifying the date of and describing each such dispute.*

## Question 8 - Civil Actions and Proceedings

8(a). The following is a complete list of all civil actions, including suits in equity, actions at law, divorce, annulment and other family law actions, administrative proceedings, suits in bankruptcy and other statutory proceedings, civil citations, matters in probate, lunacy, guardianship and every other judicial proceeding of every nature and kind except criminal matters disclosed in response to Question 9, below, to which I am or ever have been a party. When listing any divorce or annulment action, include in your brief description the grounds for divorce or annulment.                                                                  None: ☐

*("Party means that you were the Plaintiff, Petitioner, Respondent, or Defendant, or the subject of a civil action such as a guardianship.)*

8(b). I have attached to my Character Questionnaire certified copies of any judgments rendered in the actions listed in the response to this question, whether favorable or adverse to you and whether satisfied or unsatisfied. If any judgment is adverse to you and is currently unsatisfied, set forth in the space provided below the name and address of the judgment holder, and your explanation as to why the judgment remains unpaid. If your explanation exceeds 200 characters, attach a separate signed statement containing the requested information.

☐ Yes ☐ No ☐ N/A

8(c).  Court-ordered support payments

8(c)(i).  State whether you are presently obligated to pay court-ordered spousal support (alimony):

☐ Yes ☐ No

*If "Yes," state the monthly payment amount and state whether you are currently in compliance with the support order. (Attach a certified copy of the support order.)*

8(c)(ii).  State whether you are now in arrears on payment of any court-ordered spousal support not listed in response to Question 8(c)(1), above, as "current" support?

☐ Yes ☐ No

*If "Yes," state in the space below the amount of the arrearage, whether the arrearage remains unpaid, and your plan for paying off the arrearage. If your explanation exceeds 500 characters, attach a signed separate statement containing the requested information. If any Court has entered a separate order addressing any spousal support arrearage, attach a certified copy of that order.*

8(c)(iii) State whether you are presently obligated to pay court-ordered  child support:

☐ Yes ☐ No

*If "Yes," state the monthly payment amount and state whether you are currently in compliance with the support order. (Attach a certified copy of the support order.)*

8(c)(iv) State whether you are now in arrears on the payment of any court-ordered child support not listed in response to Question 8(c)(iii) as current child support?

☐ Yes ☐ No

*If "Yes," state in the space below the amount of the arrearage, whether the arrearage remains unpaid, and your plan for paying off the arrearage. If your explanation exceeds 500 characters, attach a signed separate statement containing the requested information. (If any Court has entered a separate order addressing any child support arrearage, attach a certified copy of that order.)*

8(d) State whether any court has ever ruled or determined that you acted in bad faith or without substantial justification in filing or maintaining any civil case or action, or in filing or serving any pleading or discovery in any civil acase or action?

☐ Yes ☐ No

*If "Yes," attach a signed separate statement setting forth the circumstances of that ruling or determination and attach a certified copy of the order, opinion or other document containing that ruling or determination.  If the ruling or determination was oral, attach a certified copy of the transcribed record of that ruling or determination.*

## Question 9 - Criminal Actions

9(a). The following is a complete list of all criminal proceedings (by case number, filing date, court name and location, offense charged, nature and circumstances of the offense, and disposition), arrests and summonses, including all traffic citations for moving violations to which I am or ever have been a party.

*("Party" means you were the criminal defendant, respondent, or arrestee. Do not list cases where you were the victim of a crime. Do not list parking violations UNLESS your failure to pay parking violations resulted in suspension or revocation of your driving privileges or vehicle registration. You need not list offenses where you were charged and/or adjudicated under laws governing juvenile criminal causes. You need not list arrests and/or court proceedings the records of which were expunged pursuant to Maryland law. (Please note that expungement of criminal records is NOT automatic in Maryland.) (Md. Code Ann., Crim. Proc., §10-109.) You MUST list arrests and/or court proceeding expunged in states other than Maryland.)*

9(b). I have attached to my Character Questionnaire certified copies of all charging documents, judgment/disposition documents and docket entries in each proceeding identified above; except that you need not attach documents related to motor vehicle offenses where a court appearance was not required. For any arrest or proceeding where you have NOT attached required documents, describe below your efforts to obtain documents related to that arrest or proceeding, and/or the reason why documents are not attached. If your explanation exceeds 200 characters, attach a separate signed statement containing the requested

*(You need not attach documents related to a traffic ticket where your appearance was optional, even if you appeared to contest the ticket. If the court appearance was mandatory, you must attach all related documents.)*

☐ Yes  ☐ No  ☐ N/A

## Question 10 - Other Professional Licenses

10(a). Do you now hold or have you ever held or applied for any professional license other than a license to practice law (e.g. medicine, accounting, real estate, engineering, etc.)?  ☐ Yes ☐ No

*If your answer to Question 10(a) is "Yes," attach a separate signed statement identifying the professional field(s) for each such license, the issuing body for each such license, the date when each such license was obtained, whether each such license is current/active, and if not current, the date and circumstances under which each such license ceased to be current/active.*

10(b). If your answer to 10(a) is "Yes," are you now or were you ever subject to any disciplinary complaint or proceeding, or denied a license, by any licensing authority in connection with any professional license you hold or held or applied for?  ☐ Yes ☐ No

*If your answer to Question 10(b) is "Yes," attach a separate signed statement describing the nature and disposition of such complaint, or denial of license application.*

## Question 11 - Discipline by Labor Union, Trade or Professional Organization

11. Are you now, or have you ever been subject to any disciplinary complaint or proceeding in connection with your membership in any labor union or any trade or professional organization?  ☐ Yes ☑ No

*If your answer to Question 11 is "Yes," attach a separate signed statement describing the nature and disposition of such proceeding or complaint.*

## Question 12 - Surety and Fidelity Bonds

12(a).  Has any surety, on any bond on which you were the principal, been required to pay any money on your behalf?  ☐ Yes ☑ No

*(A surety bond is a contract for indemnification against failure to perform a duty.)*

*If "Yes," state below the nature of office or position for which you were bonded, the amount of the bond, the name and address of the surety company, the amount paid and the circumstances leading to the payment. If your explanation exceeds 200 characters, attach a separate signed statement containing your explanation.*

12(b).  Have you ever been refused a fidelity or other bond?  ☐ Yes ☐ No

*(A fidelity bond is a contractor indemnification against breach of personal honesty by one in apposition of trust.)*

*If "Yes," state below the circumstances under which you were refused a fidelity or bond. If your explanation exceeds 200 characters, attach a separate signed statement containing your explanation.*

## Question 13 - Employment/Unemployment

13(a).  The following constitutes every position of full or part-time employment, including unpaid work, which I have held during the last five (5) years, listed in reverse chronological order:  None: ☐

*(List all paid employment whether full time or part time. List all regular and substantial unpaid work such as unpaid internships or externships. List all law school clinic experiences where you worked in an office outside the law school and/or had a supervisor other than a law school professor. List all regular and substantial volunteer/charitable work where you held a schedule and were supervised. Do not list unpaid/volunteer work that was occasional, irregular or unsupervised. For each employer listed, you MUST identify a supervisor, co-worker or other individual that is authorized to verify your employment on behalf of the employer and provide an email address where that individual can be contacted.)*

*(If you list any period of self-employment, you must complete and submit a separate "Self-Employment Certification Form.")*

(1) Dates of Employment: From (MM/YYYY)                    to (MM/YYYY)

*(You must list a "To" date for each period of employment. For your current employment, use today's date as the "to date.")*

Position held:

Reason for leaving:

Name of Employer:

Employer's Address:

Employer's Telephone Number:

Supervisor or authorized co-worker for verification of employment:

Supervisor or authorized co-worker's email address:

Was/is this a period of self-employment :                    ☐ Yes    No

Is this employer out of business :                    ☐ Yes  ☐ No

(2) Dates of Employment: From (MM/YYYY)                    to (MM/YYYY)

*(You must list a "To" date for each period of employment. For your current employment, use today's date as the "to date.")*

Position held:

Reason for leaving:

Name of Employer:

Employer's Address:

Employer's Telephone Number:

Supervisor or authorized co-worker for verification of employment:

Supervisor or authorized co-worker's email address:

Was/is this a period of self-employment :                    ☐ Yes    No

Is this employer out of business :                    ☐ Yes  ☐ No

(3) Dates of Employment: From (MM/YYYY)                to (MM/YYYY)
*(You must list a "To" date for each period of employment. For your current employment, use today's date as the "to date.")*

Position held:
Reason for leaving:



Name of Employer:

Employer's Address:

Employer's Telephone Number:

Supervisor or authorized co-worker for verification of employment:

Supervisor or authorized co-worker's email address:

Was/is this a period of self-employment :                    ☐ Yes ☐ No

Is this employer out of business :                           ☐ Yes ☐ No

(4) Dates of Employment: From (MM/YYYY)                to (MM/YYYY)
*(You must list a "To" date for each period of employment. For your current employment, use today's date as the "to date.")*

Position held:
Reason for leaving:



Name of Employer:

Employer's Address:

Employer's Telephone Number:

Supervisor or authorized co-worker for verification of employment:

Supervisor or authorized co-worker's email address:

Was/is this a period of self-employment :                    ☐ Yes ☐ No

Is this employer out of business :                           ☐ Yes ☐ No

(5)  Dates of Employment: From (MM/YYYY)                    to (MM/YYYY)

*(You must list a "To" date for each period of employment. For your current employment, use today's date as the "to date.")*

Position held:

Reason for leaving:

Name of Employer:

Employer's Address:

Employer's Telephone Number:

Supervisor or authorized co-worker for verification of employment:

Supervisor or authorized co-worker's email address:

Was/is this a period of self-employment :                    ☐ Yes ☐ No

Is this employer out of business :                    ☐ Yes ☐ No

(6)  Dates of Employment: From (MM/YYYY)                    to (MM/YYYY)

*(You must list a "To" date for each period of employment. For your current employment, use today's date as the "to date.")*

Position held:

Reason for leaving:

Name of Employer:

Employer's Address:

Employer's Telephone Number:

Supervisor or authorized co-worker for verification of employment:

Supervisor or authorized co-worker's email address:

Was/is this a period of self-employment :                    ☐ Yes ☐ No

Is this employer out of business :                    ☐ Yes ☐ No

13(b).  Have you ever been terminated, suspended, discharged or permitted to resign in lieu of termination from any employment?                    ☐ Yes ☐ No

*If "Yes," state below the circumstances under which you were discharged or permitted to resign in lieu of termination. If your explanation exceeds 200 characters, attach a separate signed statement containing your explanation.*

13(c). Account for each period of unemployment lasting three (3) months or more occurring during the last five (5) years.

None: |

*(For these periods, list the dates of unemployment, identify the employer immediately prior to the period of unemployment, and describe the circumstances leading to your unemployment and your activities during the period in the text field. If your description of activities exceeds 200 characters, attach a separate statement containing those details.)*

*(You need not list here any period where you were unemployed but were engaged in full time schooling.)*

## Question 14 - Other Conduct

14. Has there been any other unfavorable conduct or incidents in your life, whether at school (college, graduate school or law school), at work, at home, in business, or otherwise, which may reasonably call into question your character or fitness to practice law, that were not specifically called for in response to the previous questions contained in this questionnaire or not previously disclosed in your answers?

☐ Yes    ☐ No

*If "Yes," in the space below, provide the full details of the incident or occurrence. If your explanation exceeds 200 characters, attach a separate signed statement containing the requested information.*

*(You are not required to disclose in response to this question any criminal matter adjudicated under law governing juvenile causes, or any arrest or criminal proceeding expunged pursuant to Maryland law.)*

## Question 15 - Personal References

15. The following three (3) persons, none of whom is related to me or to one another by blood or marriage and none of whom is a fellow law student or is listed in this application as an educational or employment reference contact person, have each known me for at least five (5) years:

(1)  Full Name:
     Street Address:
     City:
     State:
     Country:
     Zip Code:
     Email Address:

(2)  Full Name:
     Street Address:
     City:
     State:

      Country:
      Zip Code:
      Email Address:

(3)  Full Name:
      Street Address:
      City:
      State:
      Country:
      Zip Code:
      Email Address:

*(You are responsible for ensuring that your personal references respond to SBLE's requests for reference letters. Personal references are not required to be located in the United States, but must be capable of responding in a timely manner and must be capable of responding in English. Notify your personal references to expect to be contacted by email or U.S. Mail within approximately 15 to 45 days after you file your Character Questionnaire. Your Character Questinonaire will not be considered complete, nor will the Character Committee schedule your required interview until all three (3) of your personal references respond to the request for Reference Letter.)*

## Question 16 - Affirmations

16(a). Duty of Full, Candid Disclosure and Applicant's Continuing Duty to Submit Written Notice of Changes to Information Sought by the Application - I understand that the required disclosures in this Character Questionnaire are of a continuing nature. I hereby acknowledge and affirm my duty to respond fully and candidly to each question or required disclosure and to ensure that my responses remain accurate and current at all times, by updating, supplementing and/amending my answers, if necessary, until I am formally admitted to the Bar of the State of Maryland.

16(b).  Burden of Proof - I hereby acknowledge and affirm that at all times during the Bar admission process, I bear the burden of proving to the Character Committee, the State Board of Law Examiners, and the Supreme Court of Maryland my good moral character and fitness for the practice of law. I further acknowledge and affirm that my failure or refusal to answer fully and candidly any question set forth in this Character Questionnaire or any relevant question asked by a member of the Character Committee, the Board, or the Court is sufficient cause for finding that I have not met this burden. (Maryland Rule 19-204.)

16(c).  Eligibility for Admission - I hereby affirm that I have received a qualifying legal degree as set forth in Maryland Rules 19-201(a)(2) or 19-201(b), or that I will receive my qualifying legal degree or become unqualifiedly eligible to receive my qualifying legal degree no later than one day preceding the first day of the bar examination I intend to take in Maryland or prior to filing a Notice of Intent to Tranfer a Qualifying UBE Score to Maryland.  I further acknowledge and affirm my duty under Maryland Rules 19-206 and/or 19-207 to provide satisfactory proof of my qualifying legal degree as required by those Rules.

16(d).  Rules of Professional Conduct - I hereby certify that I have read the Maryland Attorney's Rules of Professional Conduct and the Maryland Code of Judicial Conduct and that, prior to taking the oath of admission as a Maryland attorney, I will devote the necessary time toward acquainting myself with these standards and ideals.

16(e).  Copy of Application - I hereby affirm that I have made and retained a copy of this entire Bar application for my records and for use in the event that any part of the original is lost or destroyed during the character investigation process.

16(f).  Consent to Electronic Notification - I hereby affirm my consent and agreement to receive electronically all communications and notices from the State Board of Law Examiners and/or the Character Committee(s) related to my bar application and/or character and fitness investigation.  I understand that the State Board of Law Examiners may deliver electronic communications to me by making such communications available on the "My Status" page of my eBar account, or by delivering such communications to my email address then on file in the eBar system.

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the forgoing paper are true.**

_____        _____
*Signature of Applicant*                                            *Date*

# AUTHORIZATION AND RELEASE

FOR USE BY THE SUPREME COURT OF MARYLAND, THE STATE BOARD
OF LAW EXAMINERS, AND THE CHARACTER COMMITTEES OF THE SUPREME COURT OF MARYLAND

RE: APPLICATION OF:

*(Name of Applicant)*          *Applicants SSN (last 4)*     *(Applicant's Alternate Name(s), if applicable)*

I,                              , having filed with the Maryland State Board of Law Examiners a Character Questionnaire, and fully recognizing the responsibility to the Public, the Bench, and the Bar of the State, lodged with the duly appointed Character Committees and the State Board of Law Examiners by the Supreme Court of Maryland under the applicable State statutes and Rules of Court to determine that only those of good moral character, fitness and ability are admitted the Bar in Maryland, hereby authorize and request every police department, employer, school official, and every other person, firm, officer, corporation, association, organization, or institution, pubilc or private, having control of any documents, records, or other information pertaining to me that is relevant to my good moral character and fitness to perform the responsibilities of an attorney, to furnish the originals or copies of any such documents, records or other information to the Character Committee, the State Board of Law Examiners, or any of their representatives, and to permit any of all of the said bodies, or any of their representatives, to inspect and make copies of any such documents, records, and other information including but not limited to employment, personnel or scholastic records.

I hereby authorize all such persons set forth above to answer any inquiries and questions submitted to them by a Character Committee, the State Board of Law Examiners, the Supreme Court of Maryland or their authorized representatives, and to appear before any and all of these bodies and to give full and complete testimony concerning the undersigned including any information furnished by the undersigned.

I hereby relinquish any and all rights to said reports, including, but not limited to, employment, personnel and/or scholastic records, or any other information incident in any way to the cooperation of any entity with the Character Committees, the State Board of Law Examiners, the Supreme Court of Maryland or their authorized representatives, and fully understand that I am not entitled to have disclosed to me the contents of any of the foregoing, except as provided for in Maryland Rule 19-105.

I hereby release and exonerate every employer, school official, and every other person, firm, officer, organization, or institution that shall act in good faith with the authorization and release provided herein, from any and all liability of every nature and kind growing out of or in any way pertaining to the furnishing or inspection of such documents, records and other information or the investigation made by said Character Committees, the State Board of Law Examiners, the Supreme Court of Maryland, or their authorized representatives. I further waive, absolutely and forever, any privilege not protected by the Constitutions of the United States of America or the State of Maryland that I may have regarding information bearing on my good moral character and fitness to perform the responsibilities of an attorney under applicable Maryland law. I hereby authorize the State Board of Law Examiners and the Supreme Court of Maryland, with respect to any and all information received with this authorization and release, pursuant to Maryland Rule 19-105, to forward said information to any other admitting authority where I have applied or may later apply for admission to the practice of law. Further pursuant to Maryland Rule 19-105, I understand that the State Board of Law Examiners may release certain identifying information about me (including, but not limited to, my name, address, telephone number, email address, Social Security Number, date of birth, date of application, date of examination(s)), and exam results to the Supreme Court of Maryland, the Client Protection Fund of the Bar of Maryland, and the National Conference of Bar Examiners, my law school, and/or any authorized agent of those bodies. I further understand that each academic and employment certification and personal reference form appended to this Character Questionnaire will be sent to the entity or individual listed thereon.

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the forgoing paper are true.**

_____          _____
*Signature of Applicant*                    *Date*

# RECORD OF RESPONSES

*(INSTRUCTIONS TO APPLICANT: SBLE will use this form to record the receipt of responses from each personal reference, school, and employer for whom you prepared a verification form. eBar will populate the form automatically with the information you entered in your application. Review the entries on this form and confirm that you have entered in eBar details for all of your schools and employers and your three (3) personal references. Cross-check to confirm that eBar has generated a Certification/Reference Letter for each school, employer and personal reference listed on this form. File this form with your Character Questionnaire.)*

*(DO NOT mail your reference forms to the respective recipients. File all the reference forms with your Character Questionnaire. SBLE will forward each reference form directly to the recipients you name in your application.)*

Applicant's Name: _____    NCBE Number: _____

| Personal References | Date of 1st Req. | Date of 2nd Req. | Date of 3rd Req. | Date Response Received |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Schools | Date of 1st Req. | Date of 2nd Req. | Date of 3rd Req. | Date Response Received |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

| Employers | Date of 1st Req. | Date of 2nd Req. | Date of 3rd Req. | Date Response Received |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## CERTIFICATION AS TO COLLEGE EDUCATION

RE: _____    _____

      *Applicant's Name*                       *SSN (last 4 digits)*      *Applicant's DOB*

      _____    _____ To _____

      *School Name*                               *Dates of Attendance:*

### I. Attendance and Degree

1. Did the applicant attend the institution named above during the dates of attendance listed above?    ☐ Yes ☐ No

   If "No," list corrected dates of attendance, if any: _____

2. Did the applicant graduate from the school/college/university named above?    ☐ Yes ☐ No

                                                                    ☐ Expected

If "Yes" or "Expected," list the degree awarded or expected and the date or expected date of the degree: _____

### II. Disciplinary Record/Character & Fitness:

1. Was the applicant/student ever placed on probation, suspended, expelled, asked to withdraw or resign, or otherwise formally disciplined by the school/college/university?    ☐ Yes ☐ No

2. Was the applicant ever charged with a violation of any honor code while a student at the school/college/university? ("Honor code" means any ethical code, code of conduct, or code or rules governing the student's academic and/or personal behavior in the school's community, whether administered by the school or any student body.)    ☐ Yes ☐ No

3. Is the applicant/student in default on any financial obligation to the school/college/university or on any student loan?    ☐ Yes ☐ No

4. Has the school/college/university determined that the applicant/student ever filed false honor code charges or complaints against fellow students, faculty or staff, or other members of the school/college/university community?    ☐ Yes ☐ No

5. Do the records of the school/college/university reflect that the applicant/student was arrested or otherwise charged (formally or informally) with a violation of the law during the period of attendance?    ☐ Yes ☐ No

6. Did the applicant have a pattern of unexcused absences while attending the school/college/university?    ☐ Yes ☐ No

7. Did the applicant ever request a leave of absence from the school/college/university?    ☐ Yes ☐ No

8. Has the applicant exhibited behavior or conduct that raises significant concerns about his or her character or fitness for admission to practice law?    ☐ Yes ☐ No

9. Is there any other adverse information in the applicant/student's file regarding his or her character or fitness for admission to practice law?    ☐ Yes ☐ No

**I HEREBY CERTIFY that I conducted a review of the applicant/student's record and that the information provided herein is true and correct to the best of my knowledge, information and belief.**

_____    _____

Signature of Official:                                           Date

_____

Printed Name                             Affix school's seal or stamp here:

_____

Title of Official

## CERTIFICATION AS TO LAW SCHOOL

RE: _____        _____
　　　*Applicant's Name*　　　　　　　　　　　*SSN (last 4 digits)*　　*Applicant's DOB*

　　_____        _____ To _____
　　　*School Name*　　　　　　　　　　　　　　*Dates of Attendance:*

### I. Attendance and Degree

1. Did the applicant attend the institution named above during the dates of attendance listed above?　　☐ Yes ☐ No

　If "No," list corrected dates of attendance, if any: _____

2. Did the applicant graduate from the school/college/university named above?　　☐ Yes ☐ No

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Expected

If "Yes" or "Expected," list the degree awarded or expected and the date or expected date of the degree: _____

### II. Disciplinary Record/Character & Fitness:

1. Was the applicant/student ever placed on probation, suspended, expelled, asked to withdraw or resign, or otherwise formally disciplined by the school/college/university?　　☐ Yes ☐ No

2. Was the applicant ever charged with a violation of any honor code while a student at the school/college/university? ("Honor code" means any ethical code, code of conduct, or code or rules governing the student's academic and/or personal behavior in the school's community, whether administered by the school or any student body.)　　☐ Yes ☐ No

3. Is the applicant/student in default on any financial obligation to the school/college/university or on any student loan?　　☐ Yes ☐ No

4. Has the school/college/university determined that the applicant/student ever filed false honor code charges or complaints against fellow students, faculty or staff, or other members of the school/college/university community?　　☐ Yes ☐ No

5. Do the records of the school/college/university reflect that the applicant/student was arrested or otherwise charged (formally or informally) with a violation of the law during the period of attendance?　　☐ Yes ☐ No

6. Did the applicant have a pattern of unexcused absences while attending the school/college/university?　　☐ Yes ☐ No

7. Did the applicant ever request a leave of absence from the school/college/university?　　☐ Yes ☐ No

8. Has the applicant exhibited behavior or conduct that raises significant concerns about his or her character or fitness for admission to practice law?　　☐ Yes ☐ No

9. Is there any other adverse information in the applicant/student's file regarding his or her character or fitness for admission to practice law?　　☐ Yes ☐ No

**I HEREBY CERTIFY that I conducted a review of the applicant/student's record and that the information provided herein is true and correct to the best of my knowledge, information and belief.**

_____        _____
Signature of Official:　　　　　　　　　　　　　　　　　Date

_____
Printed Name　　　　　　　　　　　　　　　　Affix school's seal or stamp here:

_____
Title of Official

## CERTIFICATION AS TO EMPLOYMENT

RE:

_____    _____    _____
Applicant's Name                                      Applicant's SSN (last 4)    Applicant's DOB

To
_____    _____
Employer Name                                         Dates of Employment

_____
Postion Held

## I: Employment Dates

Did the employer employ the applicant during the dates of employment listed above?    ☐ Yes ☐ No

If "No," list corrected dates of employment, if any:    _____

## II: Disciplinary Record

_(The following questions are to be answered upon the personal knowledge of the certifying individual and/or after a review of the applicant's personnel file/disciplinary records maintained by the employer. If the answer to any question is "YES," please attach to this certification copies of all relevant documents in the applicant/employee's file.)_

1. Was the applicant ever placed on probation, suspended, terminated/fired, asked to resign, or otherwise formally disciplined by the employer?    ☐ Yes ☐ No

2. Did the applicant have a pattern of unexcused absences during the period of employment?    ☐ Yes ☐ No

3. Did the applicant ever request a leave of absence during the period of employment?    ☐ Yes ☐ No

4. Did the applicant exhibit any conduct or behavior that adversely affected his or her job performance?    ☐ Yes ☐ No

5. Has the applicant exhibited any behavior or conduct that raises significant concerns in your mind about his or her character or fitness for admission to practice law?    ☐ Yes ☐ No

6. Is there any other adverse information in the applicant's file regarding his or her character or fitness for the practice of law?    ☐ Yes ☐ No

7. Would you re-hire the applicant if given the opportunity?    ☐ Yes ☐ No

If the applicant was terminated, please state the reason for the termination:    _____

**I HEREBY CERTIFY that the information provided herein is true and correct to the best of my knowledge, information and belief.**


_____    _____
Signature of Supervisor/Certifying Individual          Date


_____    _____
Print Name                                            Title

## Maryland State Board of Law Examiners
### CERTIFICATION OF EMPLOYER OUT-OF-BUSINESS

To: _____  *Email address:* _____

*Instructions to verifying reference: The applicant identified below has reported a period of employment at an entity that is now out of business and has identified you as a verifying reference for that period of employment. Please complete the Certification below and return this form by email (preferred) or regular mail to the sender identified in the cover email or letter.*

Applicant Name: _____  Applicant's SSN Last 4: _____

Name of Firm/Company where applicant reports prior employment: _____

Reported dates of employment: _____ To _____

I HEREBY CERTIFY that I am _____
*(full name and position/title)*

of _____
*(name of company or firm)*

I FURTHER CERTIFY that _____ is/was employed from _____ To _____
*(MM/YYYY)*

_____ as _____
*(MM/YYYY or "Present")*        *(applicant's position and firm/company name)*

during which time I interacted with the applicant as a _____
*Nature of relationship (supervisor/co-worker/client/customer, etc.)*

My observations regarding the applicant's moral character, integrity and fitness for the practice of law

are as follows: _____

_____

_____

*(I have attached further reference information pertaining to this applicant.* ☐ Yes ☐ No        *)*

_____        _____
Signature of Verifying Reference        Date

_____
Area Code and Daytime Telephone Number

## Maryland State Board of Law Examiners

### REFERENCE LETTER BY APPLICANT'S PERSONAL REFERENCE

1. My name is: _____

       Print or Type Name

2. I have known the applicant, _____, for _____ years.

3. Please describe the capacity or circumstances under which you have come to know the applicant, and the opportunities you have had to observe the applicant. (For example, as a neighbor, family friend, or co-worker).

4. Please state whether the applicant, to your knowledge, has ever been involved in any incident or circumstances that might reflect unfavorably on his or her moral character. ☐ Yes ☐ No

5. Based on what you know of the applicant's past conduct, current moral character, legal ability, honesty, integrity, and fitness, do you have any reservations about recommending the applicant for admission to practice law as a member of the Bar of the State of Maryland? ☐ Yes ☐ No

6. If your answer to Question 4 or Question 5 is "Yes," please describe the unfavorable incident or circumstances and any reservations you might have regarding the applicant's character or fitness for admission to the Maryland bar.

You are encouraged to share any further comments on the applicant's character and fitness for admission to the Bar, whether positive or negative.

_____    _____

Signature of Reference                                 Date

_____

Area Code and Telephone Number

## Maryland State Board of Law Examiners

### REFERENCE LETTER BY APPLICANT'S PERSONAL REFERENCE

1. My name is: _____

        Print or Type Name

2. I have known the applicant, _____ , for _____ years.

3. Please describe the capacity or circumstances under which you have come to know the applicant, and the opportunities you have had to observe the applicant. (For example, as a neighbor, family friend, or co-worker).

4. Please state whether the applicant, to your knowledge, has ever been involved in any incident or circumstances that might reflect unfavorably on his or her moral character. ☐ Yes ☐ No

5. Based on what you know of the applicant's past conduct, current moral character, legal ability, honesty, integrity, and fitness, do you have any reservations about recommending the applicant for admission to practice law as a member of the Bar of the State of Maryland? ☐ Yes ☐ No

6. If your answer to Question 4 or Question 5 is "Yes," please describe the unfavorable incident or circumstances and any reservations you might have regarding the applicant's character or fitness for admission to the Maryland bar.

You are encouraged to share any further comments on the applicant's character and fitness for admission to the Bar, whether positive or negative.

_____    _____
Signature of Reference                                               Date

_____
Area Code and Telephone Number

# Maryland State Board of Law Examiners

## REFERENCE LETTER BY APPLICANT'S PERSONAL REFERENCE

1. My name is: _____

        Print or Type Name

2. I have known the applicant, _____ , for _____ years.

3. Please describe the capacity or circumstances under which you have come to know the applicant, and the opportunities you have had to observe the applicant. (For example, as a neighbor, family friend, or co-worker).

4. Please state whether the applicant, to your knowledge, has ever been involved in any incident or circumstances that might reflect unfavorably on his or her moral character. ☐ Yes ☐ No

5. Based on what you know of the applicant's past conduct, current moral character, legal ability, honesty, integrity, and fitness, do you have any reservations about recommending the applicant for admission to practice law as a member of the Bar of the State of Maryland? ☐ Yes ☐ No

6. If your answer to Question 4 or Question 5 is "Yes," please describe the unfavorable incident or circumstances and any reservations you might have regarding the applicant's character or fitness for admission to the Maryland bar.

You are encouraged to share any further comments on the applicant's character and fitness for admission to the Bar, whether positive or negative.

_____    _____

Signature of Reference    Date

_____

Area Code and Telephone Number

## CHARACTER COMMITTEE'S REMINDER NOTICE

TO: _____

*Applicant Name*

_____

*Street Address*

_____

*City, State, ZIP Code Maryland Bar*

_____

*Email Address*

***THE CHARACTER COMMITTEE'S INVESTIGATION RELATED TO YOUR APPLICATION FOR ADMISSION TO THE BAR OF THE STATE OF MARYLAND IS INCOMPLETE. AT ALL TIMES DURING THE BAR ADMISSIONS PROCESS, IT IS YOUR BURDEN TO ESTABLISH YOUR GOOD MORAL CHARACTER AND FITNESS TO PRACTICE LAW. (MARYLAND RULE 19-203(d).)***

***YOU MUST SECURE SUBMISSION OF THE FOLLOWING MATERIALS. PLEASE CONTACT THE PARTIES INVOLVED AND URGE THEM TO RESPOND IMMEDIATELY. YOUR ADMISSION TO THE BAR WILL BE DELAYED UNLESS THE MISSING DOCUMENTS ARE SUBMITTED PROMPTLY.***

☐ Certification as to College Education - School Name: _____

☐ Certification as to Graduate School Education - School Name: _____

☐ Certification as to Law School Education - School Name: _____

☐ Certification(s) as to Employment - Employer Names: _____

_____

☐ Letters from Personal References - Reference Names: _____

_____

☐ You must schedule and complete the required in-person interview. The Character Committee cannot recommend your admission to the Bar of Maryland before completing the required personal interview. The interview cannot be scheduled until your application is complete.

## PLEASE CAUSE THE MISSING MATERIALS TO BE SUBMITTED IMMEDIATELY TO THE CHARACTER COMMITTEE AT THE ADDRESS SHOWN BELOW

[Place Committee Return Address Label Here]

## CHARACTER COMMITTEE'S FINAL NOTICE

TO: _____

    *Applicant Name*

_____

    *Street Address*

_____

    *City, State, ZIP Code*

_____

    *Email address*

*THE CHARACTER COMMITTEE'S INVESTIGATION RELATED TO YOUR APPLICATION FOR ADMISSION TO THE BAR OF THE STATE OF MARYLAND IS INCOMPLETE. AT ALL TIMES DURING THE BAR ADMISSIONS PROCESS, IT IS YOUR BURDEN TO ESTABLISH YOUR GOOD MORAL CHARACTER AND FITNESS TO PRACTICE LAW.  (BAR ADMISSION RULE 5(a).)*

*YOU MUST SECURE SUBMISSION OF THE FOLLOWING MATERIALS. PLEASE CONTACT THE PARTIES INVOLVED AND URGE THEM TO RESPOND IMMEDIATELY. YOUR ADMISSION TO THE BAR WILL BE DELAYED UNLESS THE MISSING DOCUMENTS ARE SUBMITTED BY:* _____

                                             *Date)*

☐ Certification as to College Education - School Name: _____

☐ Certification as to Graduate School Education - School Name: _____

☐ Certification as to Law School Education - School Name: _____

☐ Certification(s) as to Employment - Employer Names: _____

_____

☐ Letters from Personal References - Reference Names: _____

_____

☐ You must schedule and complete the required in-person interview. The Character Committee cannot recommend your admission to the Bar of Maryland before completing the required personal interview.  The interview cannot be scheduled until your application is complete.

*THE COMMITTEE WILL TAKE NO FURTHER ACTION ON YOUR BAR APPLICATION UNTIL YOU AFFIRMATIVELY SECURE SUBMISSION OF THE MISSING MATERIALS TO THE ADDRESS SHOWN BELOW.*

[Place Committee Return Address Label Here]

## CHARACTER COMMITTEE RECOMMENDATION AND REPORT

Re: _____                    NCBE Number          _____

CHARACTER COMMITTEE INVESTIGATOR:

Kindly make report of your investigation below together with your recommendation and return to the Chair/Secretary of the Character Committee as soon as possible.

*(To be completed by Character Committee investigator)*

Date of Personal Interview with Applicant: _____

The results of my investigation and my recommendation are as follows (write or attach report):

_____

_____

_____

_____

_____          _____
Signature of Investigator                                          Date

_____
Printed/typed Name of Investigator

*(To be completed by Chair or Secretary of Character Committee)*

The Character Committee for the _____ Appellate Circuit recommends that the above-named applicant for admission to the Bar of Maryland be _____ admitted or _____ denied admission to the Bar of Maryland.

_____          _____
Signature of Committee Chair                                      Date

*(Note: If the recommendation is against admission, attach the Committee's report showing the date of the Committee meeting/hearing, the facts up on which the adverse recommendation is based, and the Committee's reasons for its adverse recommendation.)*

# EXHIBIT 3

## CERTIFICATION AS TO EMPLOYMENT

RE: _____

      Applicant's Name                  Applicant's SSN (last 4)  Applicant's DOB

                                                To

      Employer Name                     Dates of Employment

      Postion Held

### I: Employment Dates

Did the employer employ the applicant during the dates of employment listed above?    ☐ Yes ☐ No

    If "No," list corrected dates of employment, if any: _____

### II: Disciplinary Record

*(The following questions are to be answered upon the personal knowledge of the certifying individual and/or after a review of the applicant's personnel file/disciplinary records maintained by the employer. If the answer to any question is "YES," please attach to this certification copies of all relevant documents in the applicant/employee's file.)*

1. Was the applicant ever placed on probation, suspended, terminated/fired, asked to resign, or otherwise formally disciplined by the employer?    ☐ Yes ☐ No

2. Did the applicant have a pattern of unexcused absences during the period of employment?    ☐ Yes ☐ No

3. Did the applicant ever request a leave of absence during the period of employment?    ☐ Yes ☐ No

4. Did the applicant exhibit any conduct or behavior that adversely affected his or her job performance?    ☐ Yes ☐ No

5. Has the applicant exhibited any behavior or conduct that raises significant concerns in your mind about his or her character or fitness for admission to practice law?    ☐ Yes ☐ No

6. Is there any other adverse information in the applicant's file regarding his or her character or fitness for the practice of law?    ☐ Yes ☐ No

7. Would you re-hire the applicant if given the opportunity?    ☐ Yes ☐ No

If the applicant was terminated, please state the reason for the termination: _____

**I HEREBY CERTIFY that the information provided herein is true and correct to the best of my knowledge, information and belief.**

_____        _____
Signature of Supervisor/Certifying Individual        Date

_____        _____
Print Name        Title

# EXHIBIT 4

## <u>CHARACTER COMMITTEE'S REMINDER NOTICE</u>

TO: _____

*Applicant Name*

_____

*Street Address*

_____

*City, State, ZIP Code Maryland Bar*

_____

*Email Address*

*THE CHARACTER COMMITTEE'S INVESTIGATION RELATED TO YOUR APPLICATION FOR ADMISSION TO THE BAR OF THE STATE OF MARYLAND IS INCOMPLETE. AT ALL TIMES DURING THE BAR ADMISSIONS PROCESS, IT IS YOUR BURDEN TO ESTABLISH YOUR GOOD MORAL CHARACTER AND FITNESS TO PRACTICE LAW. (MARYLAND RULE 19-203(d).)*

*YOU MUST SECURE SUBMISSION OF THE FOLLOWING MATERIALS. PLEASE CONTACT THE PARTIES INVOLVED AND URGE THEM TO RESPOND IMMEDIATELY. YOUR ADMISSION TO THE BAR WILL BE DELAYED UNLESS THE MISSING DOCUMENTS ARE SUBMITTED PROMPTLY.*

☐ Certification as to College Education - School Name: _____

☐ Certification as to Graduate School Education - School Name: _____

☐ Certification as to Law School Education - School Name: _____

☐ Certification(s) as to Employment - Employer Names: _____

_____

☐ Letters from Personal References - Reference Names: _____

_____

☐ You must schedule and complete the required in-person interview. The Character Committee cannot recommend your admission to the Bar of Maryland before completing the required personal interview. The interview cannot be scheduled until your application is complete.

### PLEASE CAUSE THE MISSING MATERIALS TO BE SUBMITTED IMMEDIATELY TO THE CHARACTER COMMITTEE AT THE ADDRESS SHOWN BELOW

[Place Committee Return Address Label Here]