--------- Forwarded message ---------
From: **CYNTHIA KNIGHT -OPD-** <cynthial.knight@maryland.gov>
Date: Tue, Sep 16, 2025 at 3:30 PM
Subject: Out of the Office: Please review HR/Labor Contact List Re: TEST
To: <natasha.dartigue@maryland.gov>


Thank you for your email.  I will be out of the office until further
notice. I will not be checking emails. For any urgent matters that
require immediate attention, please reach out to Dawn Kouneski or the
appropriate HR Team member listed below below.
------------------------------------------------------------------------------------------

If you have an *COVID-19 *matter while I am unavailable*,
please fully complete the Covid form, email it to: *Heather Fraser *with
COVID in the subject line. Someone will get to you as soon as possible
in the order received, please be patient. Thank you.

*Password Resets* Workday or HUB, Call SPS Help Desk  (410) 767-4112 or
email   Shared.Services@maryland.gov

*Self-Service HR Intranet*
https://opdmd.sharepoint.com/SitePages/Human-Resources.aspx

For all other issues please see the list below to reach out to the
appropriate HR person to assist you.  Thank you.

*HR DIVISION*

Dawn Kouneski- Dawn.Kouneski@maryland.gov- Director, Human Resources &
Payroll
Heather Fraser; HeatherP.Fraser@maryland.gov - Executive Assistant, COVID
Issues back-up
Tawanda Jackson; TawandaL.Jackson@maryland.gov - HR Supervisor, Employment
Verification, Workers Comp, Student Loan/PSLF forms, General HR Concerns
Shelly Adams; ShellyL.Adams@maryland.gov -Regular Payroll, Workday Issues,
Timesheet Questions, POSC, FMLA

Shayna Riggs; Shayna.Riggs@maryland.gov - Contractual Payroll, Workday Issues, Timesheet Questions, POSC

LaVaughan Johnson; Lavaughan.Johnson@maryland.gov -FMLA, Leave Bank, Leave Issues, Workday, Timesheet Questions

Mary Hotovy, Mary.Hotovy@maryland.gov OPD University, Training and IT Applications

Janynee Covington; Janynee.Bailey-Covington@maryland.gov -Recruitment , State ID's

Saundra Sheed; Saundra.Sheed@maryland.gov - Benefits

Lydia Johnson; Lydia.Johnson2@maryland.gov - Benefits

Melody Whyte; Melody.Whyte@maryland.gov -New Hires, Onboarding

Angela Stokes; Angela.Stokes2@maryland.gov-Attorney Hiring

Domonique Graham; Domonique.Graham@maryland.gov-Employee and Labor Relations


--
----

*Cynthia Knight MSM, MSHRM*

Chief Human Resources Officer

Office of the Public Defender

6. St. Paul Street, Suite 1304

Baltimore, MD 21202

c. 443-683-1250| o. 410-767-8511

f. 410-333-8134 | e. CynthiaI.Knight@maryland.gov

[image: TOP 50 BADGE.png]


CONFIDENTIALITY NOTICE: *This message and any accompanying files contain information belonging to the sender which may be confidential and legally privileged. This information is for the sole use of the intended recipient(s). If you are not the intended recipient, any*

*disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this message and any accompanying files is strictly prohibited. If you have received this message in error, please contact the sender immediately and delete the message. Thank you.*