IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE, | * |
|     Plaintiff | * |
| v. | *   Civil Action No. 8:25-cv-00717 PX |
| OFFICE OF THE PUBLIC DEFENDER, | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## CONFIDENTIALITY ORDER

Whereas, the Court entered a Consent Order Granting Preliminary Injunctive Relief;

Whereas, the Consent Order Granting Preliminary Injunctive Relief compels certain actions and communications by the Office of the Public Defender with regard to Plaintiff's Application for Admission to the Bar of Maryland;

Whereas, the Office of the Public Defender provided to the State Board of Law Examiners the Certification as to Employment with respect to Plaintiff's Application for Admission to the Bar of Maryland;

Whereas, Plaintiff has requested production of a copy of the Certification as to Employment the Office of the Public Defender provided the State Board of Law Examiners to ensure compliance with the Consent Order Granting Preliminary Injunctive Relief;

Whereas, the Office if the Public Defender has raised a concern that papers completed by the Office of the Public Defender and submitted by it to the State Board of Law Examiners are confidential in the context of the bar admission process under Maryland law, pursuant to Maryland Rule 19-105;

Whereas, the Office of the Public Defender has required Plaintiff to agree to this Confidentiality Order as a condition of such production;

Whereas, the parties have stipulated that the Certification as to Employment with respect to Plaintiff's Application for Admission to the Bar of Maryland shall be treated as confidential during the preliminary motions phase of this litigation, and shall remain confidential thereafter unless all parties agree otherwise as indicated in paragraph 5 below or by further Order of this Court;

Whereas, the parties will consider what if any confidentiality measures may be necessary and appropriate with respect to the discovery and subsequent phases of this litigation.

Accordingly, it is this ____ day of _____, ____, by the United States District Court for the District of Maryland, ORDERED:

1. The Certification as to Employment provided to the State Board of Law Examiners by the Office of the Public Defender with respect to Plaintiff's Application for Admission to the Bar of Maryland shall be marked as "CONFIDENTIAL" with an appropriate watermark or stamp designation.

2. The Certification as to Employment provided to the State Board of Law Examiners by the Office of the Public Defender with respect to Plaintiff's Application for Admission to the Bar of Maryland shall not be disclosed by the parties or counsel for the parties to any third parties without written consent of all parties.

3. The parties shall keep the Certification as to Employment provided to the State Board of Law Examiners by the Office of the Public Defender with respect to Plaintiff's Application for Admission to the Bar of Maryland secure within their exclusive possession and shall take reasonable efforts to place that document in a secure area.

4. All copies, duplicates, extracts, summaries, or descriptions (hereinafter referred to collectively as "copies") of the Certification as to Employment provided to the State Board of Law Examiners by the Office of the Public Defender with respect to Plaintiff's Application for Admission to the Bar of Maryland shall be immediately affixed with the word "CONFIDENTIAL".

5. That the confidential treatment of the Certification as to Employment provided to the State Board of Law Examiners by the Office of the Public Defender with respect to Plaintiff's Application for Admission to the Bar of Maryland shall be subject to further Order as agreed between the parties with respect to discovery, and it shall remain confidential during the negotiation of such discovery order. In the event this case is dismissed pursuant to Defendants' pending motions to dismiss, the Certification as to Employment shall remain confidential unless ordered otherwise.

Respectfully submitted,

/s/ Kathleen Cahill

_____
Kathleen Cahill
Federal Bar No. 02006
The Law Offices of Kathleen Cahill
1 Olympic Place
Suite 900
Towson, Maryland 21204
kathleen@kathleencahill-law.com
(410) 321-6171

*Attorney for Plaintiff Jane Doe*

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

_____

Wendy L. Shiff
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
wshiff@oag.state.md.us
(410) 576-6996

(410) 576-6955 (facsimile)

*Attorneys for Office of the Public Defender*


MILLER, MILLER & CANBY


/s/ Donna E. McBride

_____

Donna E. McBride
Federal Bar No. 14148
200-B Monroe Street
Rockville, Maryland 20850
dmcbride@mmcanby.com
(301) 762-5212
(301) 762-6044 (facsimile)

*Attorneys for Defendant Natasha Dartigue*

September 25, 2025

SO ORDERED:

_____
PAULA XINIS, JUDGE